CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                                             Case No:        12-40035-01-JAR

BRIGAMH G. RUIZ                                 Age:            34
                                                Education:      High School GED
                                                AUSA:           Randy Hendershot
                                                Deft. Atty.:    Melody Evans, AFPD
                                                   X   Appointed      ___ Retained

| JUDGE: | Sebelius | DATE: | March 13, 2012 |
|---|---|---|---|
| DEPUTY CLERK: | Thorne | REPORTER: | Network @ 9:32 AM |
| Location: | Topeka, Kansas | PRETRIAL/PROBATION: | John Deters |

Length of Hearing:   Rule 5:   10 min.   Arraignment:   5 min.   Detention hearing: 10 min
                     Hearing Completed:   yes

## PROCEEDINGS

(x) Initial Rule 5 Hearing        ( ) Initial Revocation Hearing        ( ) Bond Hearing
( ) ID/Removal Hearing            ( ) Held  ( ) Waived                  ( ) Bond Revocation Hearing
( ) Preliminary Hearing           ( ) Held  ( ) Waived                  ( ) Upon Petition for Offender
(x) Detention Hearing             ( ) Held  ( ) Waived                      Under Supervision
(x) Arraignment                   (x) Held  ( ) Waived

( ) Interpreter:                  ( ) Appointed        ( ) Sworn
(x) Charges and penalties explained to defendant
(x) Defendant sworn and examined re: financial ability to retain counsel
(x) Counsel appointed             ( ) At defendant's expense
(x) Constitutional rights explained       (x) Felony         ( ) Misdemeanor
( ) Defendant declined to waive indictment ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under       ( ) Rule 20          ( ) Rule 40
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed  ( ) Plea Agreement Attached
( ) Transfer under Rule 40 to:
( ) Defendant acknowledged receipt of petition for offender under supervision

(x) ARRAIGNMENT AND PLEA:                                            (1) No. of Counts
    (x) Waived Reading of   (x) Indictment    ( ) Information       ( ) Read to Defendant
    ( ) Previous Plea       ( ) Guilty        ( ) Not Guilty        Counts:        Withdrawn
    ( ) Guilty                                                      Counts:        Accepted
    (x) Not Guilty                                                  Count(s): 1

( ) Bail Denied                   (x) Bail fixed at O/R            ( ) Bail remain at
( ) $                             (x) Unsecured                    ( ) Secured
(x) Release Order                 (x) Executed                     ( ) Continued in effect
(x) Deft. remanded to custody     (x) Pending compliance with conditions of release
( ) Detention Ordered

The General Order of Discovery & Scheduling will be issued by:    Judge Robinson

Deft's next appearance:

Miscellaneous: The court appoints the Federal Public Defender to represent the defendant. Defendant states that he is a US Citizen. The government requests pretrial detention of the defendant. Defendant requests pretrial release. The court, after hearing the proffers of the parties and arguments of counsel, finds that if Pretrial Services can verify defendant's plan for release, conditions exist to permit release. Defendant is temporarily detained until the defendant's release plan can be verified by the Pretrial Service Office. Defendant stands silent and the court enters a "not guilty" plea on behalf of the defendant to the charges in the indictment.