AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

FILED MAR 14 2012

DISTRICT OF Kansas

Clerk, U.S. District Court
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

V.

BRIGAMH G. RUIZ

**WARRANT FOR ARREST**

CASE NUMBER: 12-40035-01-JAR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Brigamh G. Ruiz_____
                                              Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her   (brief description of offense)

Ct 1  - 21 USC 841-Possession with intent to distribute cocaine and methamphetamine

NOTE:

UNITED STATES MARSHAL RECEIVED 2012 MAR -7 PM 2: TOPEKA, KS

in violation of _____21_____ United States Code, Section(s) __841__

| TIMOTHY M. O'BRIEN | s/B. Thorne, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | March 7, 2012         at Topeka, Kansas |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED 3/13/2012 | NAME AND TITLE OF ARRESTING OFFIi | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/13/2012 | TFO J.D. Rulf | [signature] |