IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-40035-01-JAR |
| ) | |
| BRIGAMH G. RUIZ, ) | |
| Defendant. ) | |
| _____) | |

## ORDER

**NOW ON THIS** 9th day of April, 2012, for good cause shown, the Court is satisfied, after appropriate inquiry, that the defendant, Brigamh G. Ruiz, is financially unable to provide the necessary transportation funds for the trip from Riverside, California, to Topeka, Kansas, to attend the required court appearance in the above-captioned matter on May 15, 2012.

The Court hereby finds that the interests of justice would be served by arranging for Mr. Ruiz's means of non-custodial transportation or furnishing him with transportation mileage funds and subsistence for his travel from Riverside, California, to Topeka, Kansas, pursuant to 18 U.S.C. §4285.

**THEREFORE,** it is ordered that the United States Marshal for the District of Kansas arrange for Mr. Ruiz's means of non-custodial transportation or furnish him with transportation mileage funds and subsistence for his travel from Riverside, California, to Kansas City, Kansas, for the required court appearance in the above-captioned case on May 15, 2012. Such expenses shall be paid by the Marshal from the funds authorized by the Attorney General for such expenses pursuant to 18 U.S.C. §4285.

**IT IS SO ORDERED**.

Dated: April 9, 2012

 S/ Julie A. Robinson
 JULIE A. ROBINSON
 UNITED STATES DISTRICT JUDGE