CLERK'S COURTROOM MINUTE SHEET - CRIMINAL
PRETRIAL PROCEEDINGS

UNITED STATES OF AMERICA

vs                                                          Case No. 12-40035-01-JAR

BRIGAMH G. RUIZ

Location: Topeka, Kansas

AUSA: Randy Hendershot
Deft. Atty.: Melody EvansX

_____

Judge:        Robinson                    Date: 5/15/12
Deputy Clerk: Pam Patton                  Court Reporter: Harris
Interpreter:                              Pretrial/Probation:
_____

PROCEEDINGS

( ) Arraignment & Plea      ( ) Waiver of Indictment     (X) Felony
(X) Change of Plea          (X) Appearance               ( ) Misdemeanor

( ) Interpreter:            ( ) Appointed   ( )Sworn

(X) Constitutional Rights Explained
( ) Declines to Waive Indictment    ( )Will be Presented to Next Grand Jury
( ) Signed Waiver of Indictment     ( ) Information Filed :
( ) Signed Consent to Transfer (Rule 20)
(X) Petition to Enter Plea Filed    (X) Plea Agreement Attached (for Details See Petition)
(X) Waived Reading of:              (X) Indictment    (X) Number of Counts: 1
                                    ( ) Information ( ) Read to Defendant

(X) Previous Plea:   ( ) Guilty    (X) Not Guilty        Counts: __1_ Withdrawn
(X) Guilty                                               Counts:    ___1_ Accepted
( ) Not Guilty                                           Counts:    _____

(X) Judgment Deferred (X) P.S.I. Ordered    (X) Sentencing Set for: 8/13/12 at 9:00 a.m.
( ) Set for Trial:
( ) Bail: $           (X) Continued on Present Bail         ( )Remanded to Custody
( ) Pretrial Motions to be filed by:
( ) Indictment to be Dismissed on Motion of the U.S. at Sentencing.
(X) Other: All plea documents and transcript to be filed under seal.