IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-40035-01-JAR |
| ) | |
| BRIGAMH G. RUIZ, ) | |
| Defendant. ) | |
| _____) | |

## MOTION FOR TRANSPORTATION FUNDS

**COMES NOW** the defendant, Brigamh G. Ruiz, and moves the Court for an order, pursuant to 18 U.S.C. §4285, directing the United States Marshal's Service to furnish him with transportation mileage funds and subsistence for his travel from Riverside, California, to Topeka, Kansas, for his required court appearance in the above-captioned case on September 6, 2012. Mr. Ruiz is financially unable to provide funds for the necessary transportation to travel from Riverside, California, to Topeka, Kansas.

**WHEREFORE,** it is respectfully requested that the Court direct the United States Marshal's Office for the District of Kansas furnish Mr. Ruiz with transportation mileage funds and subsistence for his travel from Riverside, California, to Topeka, Kansas, for the required court appearance on September 6, 2012.

        Respectfully submitted,

        S/Melody Evans
        MELODY EVANS #17612
        Assistant Federal Public Defender
           For the District of Kansas
        424 South Kansas Avenue, Room 205
        Topeka, Kansas 66603-3439
        Phone: 785/232-9828
        Fax: 785/232-9886
        E-mail Address: melody_evans@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

        I hereby certify that on August 27, 2012, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Randy Hendershot
    Assistant United States Attorney
    Randy.Hendershot@usdoj.gov

        s/ Melody Evans