CLERK'S COURTROOM MINUTE SHEET - CRIMINAL
SENTENCING WORKSHEET

UNITED STATES OF AMERICA,

vs.

BRIGAMH G. RUIZ

Case No:   12-40035-01-JAR

Location: Topeka, Kansas

AUSA: Randy Hendershot
Deft. Atty.: Melody Evans

| | | | |
|---|---|---|---|
| **JUDGE:** | Robinson | **DATE:** | 9/6/12 |
| **DEPUTY CLERK:** | Patton | **TAPE/REPORTER:** | Harris |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | Beilman |

( x )  For Details of Sentence See Judgment and Commitment Order

( )  Restitution Ordered under 18:3663       $_____   on count(s) _____
                                             $_____   on count(s) _____
                                             $_____   on count(s) _____

( )  **Total Restitution**                   **$         0           **

( )  Defendant Fined                         $_____   on count(s) _____
                                             $_____   on count(s) _____
                                             $_____   on count(s) _____

( )  **Total Fine**                          **$         0         **

( x )  Defendant Assessed under 18:3013      $____100.00_____   on count(s) _____1_____
                                             $_____     on count(s) _____
                                             $_____     on count(s) _____

( x )  **Total Assessment**                  **$     100.00         **

( ) The original indictment is dismissed by the court on the motion of the United States.

(x ) Govt    ( x ) Deft  --- Advised of Right to Appeal         () Vol. Surrender:_____

( ) Defendant Remanded to Custody                               ( X ) Continued on Present Bond

( ) Stay of Execution     ( ) Granted    ( ) Denied

( X ) Notes:  Provision for denial of federal benefits is waived.  Government's sealed motion is granted.

| Defendant's Exhibits | I | O | A |
|---|---|---|---|
| No. 401 - letters from supporters | X | X | X |
| No. 402 - DVD | X | X | X |

Defense counsel makes an oral motion to withdraw the exhibits.  The Court grants the motion.  The exhibits are withdrawn.