IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
)
                Plaintiff, )
)
vs. ) Case No. 12-40035-01-JAR
)
BRIGAMH G. RUIZ, )
)
                Defendant. )
)

## RETURN OF MARSHAL

I, Troy Oberly, did comply with said Order by providing Brigamh G. Ruiz with a check in the amount of $276.00 for cost of one-way air fare, shuttle service, and subsistence to travel from Riverside, California, to Topeka, Kansas, for court. Travel was provided pursuant to 18 U.S.C. § 4285.

Dated this 6th day of September 2012, in Wichita, Kansas.

                                        WALTER R. BRADLEY
                                        United States Marshal
                                        District of Kansas

                By: _____
                         Troy Oberly, SDUSM